IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 cr 16-3

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TOMMY GENE QUEEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a prayer for relief contained in a Motion to Continue (#68) filed by counsel for Defendant in which Defendant requested that "all motions filed by the co-defendants be incorporated by reference as to this defendant on discovery and jurisdiction." At the call of the matter on for hearing, it appeared that Defendant was present with his counsel, Reid G. Brown, and Assistant United States Attorney Richard Edwards was present on behalf of the Government. At the call of this matter on for hearing, Mr. Brown requested that Defendant be allowed to withdraw his motion without prejudice. The Government had no objection.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the portion of the Motion to Continue (#68) requesting that Defendant be allowed to incorporate and adopt motions for discovery and jurisdiction of co-defendants is hereby **WITHDRAWN** and rendered **MOOT** without prejudice.

Signed: November 26, 2013

Dennis L. Howell
United States Magistrate Judge



1