IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CASE NO. 2:13-CR-16-MR-DLH-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| TOMMY GENE QUEEN, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss with prejudice only the Defendant Tommy Gene Queen from the Bill of Indictment. [Doc. 165] The Court concludes, pursuant to Fed.R.Crim.P. 48(a), that the Government's Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that only the Defendant Tommy Gene Queen is hereby dismissed with prejudice from the Bill of Indictment filed herein.

**IT IS SO ORDERED.**

Signed: May 6, 2015

Martin Reidinger
United States District Judge